CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 12 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT A. MORRISON,<br>    Plaintiff, | Civil Action No. 7:08-cv-00643 |
| v. | ORDER |
| ALBEMARLE CHARLOTTESVILLE<br>    REGIONAL JAIL<br>    EMPLOYEES, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the "Albemarle Charlottesville Regional Jail Employees" is **TERMINATED** as a defendant to this action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 12th day of March, 2009.

                                                /s/ Jackson L. Kiser
                                                Senior United States District Judge