CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 28 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT A. MORRISON, | ) | Civil Action No. 7:08-cv-00643 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SERGEANT JORDAN, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendants' motions for summary judgment (no. 58, 93) are **GRANTED**; all pending motions are **DENIED as moot**; the Clerk shall **UPDATE** the caption as reflected above; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 28th day of September, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge